UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

Larry D. Prantner,  Civil No. 10-4157 (RHK/JJK)

    Plaintiff,  **ORDER**

vs.

United States of America, Richard D. Schmidt, MD,

    Defendants.

Pursuant to the parties' Stipulation of Dismissal with Prejudice as to Richard D. Schmidt, M.D. (Doc. No. 85), **IT IS ORDERED** that all claims against Richard D. Schmidt, M.D. are **DISMISSED WITH PREJUDICE** on the merits, without costs or disbursements to any of the parties.

Dated:  August 15, 2012

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge